## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA          :

vs.                               :   CRIMINAL NO.:  17-00246-KD-MU

LASIEKA JAUWANE LEE               :

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, Lasieka Jauwane Lee, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count(s) Four** of the Indictment charging a violation of Possession with Intent to Distribute Methamphetamine**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary and the offense(s) charged is supported by an independent basis in fact as to each of the essential elements of such offense.  The Court therefore recommends that the plea of guilty be accepted and that Defendant Lasieka Jauwane Lee be adjudged guilty and have sentence imposed accordingly.

The Court further recommends that, upon adjudication of guilt, Defendant Lee be allowed to remain on conditions of release pending sentencing because, as the Government stated, exceptional circumstances in the form of continued active cooperation exist to justify her continued release.

DONE and ORDERED this 28th day of January, 2019.

                                   s/P. BRADLEY MURRAY
                              UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.