# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 17-00246-KD-MU |
| LASIEKA JAUWANE LEE | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 36) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count Four of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **Friday, July 26, 2019, at 9:00 a.m**. in Courtroom 440-B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 13th day of February 2019.

                               s/Kristi K. DuBose
                               KRISTI K. DuBOSE
                               CHIEF UNITED STATES DISTRICT JUDGE