# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LASIEKA JAUWANE LEE,** | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION NO. 20-0221-KD-MU |
| vs. | : | CRIMINAL NO. 17-0246-KD-MU |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection (doc. 118) is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 25, 2021 (doc. 113) is ADOPTED as the opinion of this Court.

DONE and ORDERED this 15th day of April 2021.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE